IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE TAUREN EXPLORATION, INC., | § | |
| | § | |
| Debtor. | § | |
| | § | |
| TAUREN EXPLORATION, INC., | § | |
| | § | Civil Action No. 3:17-CV-1293-D |
| Appellant, | § | (Bankr. Ct. No. 16-32188-HDH) |
| | § | |
| VS. | § | |
| | § | |
| GLORIA'S RANCH, LLC, et al., | § | |
| | § | |
| Appellees. | § | |

APPEAL FROM THE
UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS

**OPINION**

Appellant Tauren Exploration, Inc. ("Tauren")—a Chapter 11 debtor—appeals the bankruptcy court's order confirming plan of liquidation pursuant to Chapter 11 of the Bankruptcy Code proposed by Gloria's Ranch, LLC, and its order on motion to amend confirmation order. Appellees Gloria's Ranch, LLC and Tauren Exploration, Inc. Liquidating Trust move to dismiss the appeal for lack of standing and as equitably moot.

The court has considered the briefing on the motion to dismiss (which it has carried with the merits appeal) and on the merits of the appeal, and has heard oral argument. Assuming *arguendo* that the appeal should not be dismissed on either basis, the court concludes that the bankruptcy court did not clearly err in finding that the appointment of John S. Hodge as liquidating trustee was consistent with the interests of creditors and equity security holders and with public policy, and that

the bankruptcy court did not abuse its discretion in denying Tauren's motion to amend confirmation order so that it could pursue claims in the Cubic Energy, Inc. bankruptcy case in Delaware.

Accordingly, the bankruptcy court's orders are AFFIRMED.

December 29, 2017.

_____
SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE